IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
CASE NO. 3:21-CV-369-MOC-DCK

| | |
|---|---|
| **KEVIN FONSECA,** | )<br>) |
| **Plaintiff,** | )<br>) |
| v. | ) **ORDER**<br>) |
| **I.B.T. TEAMSTERS LOCAL UNION 71, and ERNEST WRENN,** | )<br>)<br>) |
| **Defendants**. | )<br>) |

**THIS MATTER IS BEFORE THE COURT** on the "Motion For Admission *Pro Hac Vice* and Affidavit" (Document No. 10) filed by Trisha S. Pande, concerning James F. Wallington, on September 1, 2021. James F. Wallington seeks to appear as counsel *pro hac vice* for Defendants. Upon review and consideration of the motion, which was accompanied by submission of the necessary fee and information, the Court will grant the motion.

**IT IS, THEREFORE, ORDERED** that in accordance with Local Rule 83.1, the "Motion For Admission *Pro Hac Vice* and Affidavit" (Document No. 10) is **GRANTED**. James F. Wallington is hereby admitted *pro hac vice* to represent Defendants.

**SO ORDERED**.

Signed: September 1, 2021

David C. Keesler
United States Magistrate Judge