UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
3:21-cv-369-MOC

| | | |
|---|---|---|
| KEVIN FONSECA, | ) | |
| Plaintiff, pro se, | ) ) ) | |
| v. | ) ) | ORDER |
| TEAMSTERS LOCAL UNION 71, ERNEST WRENN, | ) ) ) ) | |
| Defendants. | ) | |

**THIS MATTER** is before the Court on a Motion to Consolidate, (Doc. No. 17), pursuant to Rule 42(a) of the Federal Rules of Civil Procedure and Local Civil Rule 42.1, filed by Defendants Teamsters Local Union 71 ("Local 71") and its former agent Ernest Wrenn (hereinafter collectively referred to as "Defendant").

Defendant moves this Court to consolidate two pro se actions: (1) <u>Fonseca v. Teamsters Local Union 71 Ernest Wrenn</u>, Case No. 3:21-cv-00369-MOC-DCK, filed in this Court on July 26, 2021 ("First Complaint"); and (2) <u>Fonseca v. Teamsters Local Union 71 Ernest Wrenn</u>, Case No. 3:21-cv-00450-MOC-DSC, originally filed in Mecklenburg County Superior Court on July 26, 2021, and subsequently removed to this Court on August 26, 2021 ("Second Complaint").

The Court finds that consolidation is appropriate because the complaints in both cases make virtually identical factual and legal allegations. Thus, the Motion to Consolidate (Doc. No. 17) is **GRANTED**. The lead case shall be <u>Fonseca v. Teamsters Local Union 71 Ernest Wrenn</u>, Case No. 3:21-cv-00369-MOC-DCK, and all documents shall be filed in that case going forward.

**IT IS SO ORDERED.**

Signed: December 7, 2021

Max O. Cogburn Jr.
United States District Judge